**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **J. C. Phase Electrical Contractor, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4419539** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2755 Pebble Ave** <br> **North Port, FL 34286** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Sarasota** <br> County | **Location of principal assets, if different from principal place of business** <br> Orlando, FL <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **https://www.facebook.com/jcphase/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **J. C. Phase Electrical Contractor, Inc.**                                    Case number (*if known*) _____
         Name

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
___2382___

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Debtor  **J. C. Phase Electrical Contractor, Inc.**   Case number (*if known*)
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **James F. Campbell, Jr.** _____   Relationship   **Owner**

District   **Middle District Tampa Florida** _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **J. C. Phase Electrical Contractor, Inc.**    Case number (*if known*) _____
          Name

**16.  Estimated liabilities**    ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **J. C. Phase Electrical Contractor, Inc.**                                   Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2023**
              MM / DD / YYYY

X **/s/ James F. Campbell, Jr.**                              **James F. Campbell, Jr.**
   Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Richard J. Cole, III**                         Date    **April 11, 2023**
   Signature of attorney for debtor                         MM / DD / YYYY

**Richard J. Cole, III 0059708**
Printed name

**Cole & Cole Law, P.A.**
Firm name

**46 N. Washington Blvd., Ste. 24**
**Sarasota, FL 34236**
Number, Street, City, State & ZIP Code

Contact phone    **(941) 365-4055**          Email address    **RJC@COLECOLELAW.COM**

**0059708 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __J. C. Phase Electrical Contractor, Inc.__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 11, 2023__        X __/s/ James F. Campbell, Jr.__
                                             Signature of individual signing on behalf of debtor

                                         __James F. Campbell, Jr.__
                                         Printed name

                                         __President__
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **J. C. Phase Electrical Contractor, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $              **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................    $       **65,302.67**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................    $       **65,302.67**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $       **13,944.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $              **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     **2,075,419.32**

4.   Total liabilities ................................................................................................................
   Lines 2 + 3a + 3b            $     **2,089,363.32**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **J. C. Phase Electrical Contractor, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Suncoast Credit Union** | **Checking** | 3013 | **$10,000.00** |
| 3.2. | **Regions Bank** | **Checking** | 9249 | **$0.00** |
| 3.3. | **Smart Business Checking** | **Checking** | 0050 | **$82.67** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$10,082.67**

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor    __J. C. Phase Electrical Contractor, Inc._____    Case number *(If known)* _____
          Name

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Raw Materials** | | **$2,000.00** | | **$2,000.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>**2 - Panels; Gear for Job on Trucks; Breakers; Misc.; Yard** | | **$5,000.00** | | **$5,000.00** |
| 22. | **Other inventory or supplies**<br>**10 - File Trays; 2 - Plastic clocks; 1 - Wall Haner File Holder; 1 - Time Clock;; 1 - Paper Cutter; 1 - Staple Gun; 1 - Hole Punch for Paper; 4 - 10 ft. Ladders; 4 - 8 ft. Ladders; 7 - 6 ft. Ladders; 1 - 20 ft. Extendion Ladder; 1 - Dirt Tamper; 2 - Rakes; 8 - Shovels; 1 - Wire Rack; 1 - Diesal Gas Can; 1 - Posthole Digger; 1- Pic Ax; 3 - Extension Cords (100 ft); 1 - Ridgig Portable UAC; 1 - Wire Puller; 1 - Wire Cutter; Misc Drill Bits; 1 - Safty Belt; 1 - Table for Ridgal Pipe; 1 - Bauer Heandheld Chipping Hammer; 1 - 500' Rope; 7 - Saftey Gowes; 14 -Temp Blite 400ps Lighting; Misc. Con & Fittings** | | **$2,000.00** | | **$2,000.00** |

Debtor    **J. C. Phase Electrical Contractor, Inc.**_____    Case number *(If known)* _____
　　　　　　Name

**1 - Electric Pipe/Conduit Bender; 4 - 10 Ft Ladders; 4 - 8 ft Ladders; 7 - 6 ft. Ladders; 1 - 20 Ft. Ex. Ladder; 1 - Dirt Tamper; 2 - Rakes; 8 - Shovels; 1 Wire Rack; 1 - Diesal Gas Can; 1- Post Hole Digger; 1 -Pick Ax; Misc Fittings; 7 - Saftey Cones; 14 Temp Blite 40ups Lighting; Breakers $5,000.00; Misc Shed $5,000; Yard $10,000; 1-Gidging Portable ; 1 Wire Puller; 1-Wire Cutter; Misc Drill Bits; 1 Safty Belt; ! Table for Ridging Pipe; 1 Bauer Hard Held Chipping Hammer; 1 500 ft Rope; 2 Generators; 1 -Tool Box; Misc Tools; 2- Drill Set**_____    _____    **$2,000.00**    **$2,000.00**

---

| 23. | **Total of Part 5.** | |
| | Add lines 19 through 22.  Copy the total to line 84. | **$11,000.00** |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

| Debtor | **J. C. Phase Electrical Contractor, Inc.** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

| | | | |
| --- | --- | --- | --- |
| **1 - 5 Drawer File Cabinet; 2 - 4 Drawer File Cabinets; 2 -  2 Drawer File Cabinets; 10 - File Trays; 2 Plastic Clocks; 1 - Wall Hanger File Holder; 1 - Time Clock; 1- Paper Cutter; 1 - Staple Gun; 1 - Hole Punch for Paper;** | | **$200.00** | **$200.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**
**1 - ACER Computer Screen; 1 - Lenuvo Computer; 1 - Epson Printer; 3- Laptop computers;**  **$500.00**  **$500.00**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                                          **$700.00**
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2006 Ford E250 Super Duty Cargo Van; Vin No. 1FTNE24W96DA48101 - Kelly Blue Book Private Party Value** | **$5,059.00** | **N/A** | **$5,059.00** |
| 47.2.  **2003 Ford F15 XL STX 2 DOOR  Regular Cab Pickup; Vin No.: 1FTRF17223NB37418; Kelly Blue Book - Private Party Value** | **$4,116.00** | **N/A** | **$4,116.00** |
| 47.3.  **2003 Ford E250 Super Duty Cargo Van; Vin No. 1FTNS24L93HA71493** | **$4,345.00** | **N/A** | **$4,345.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor   **J. C. Phase Electrical Contractor, Inc.**                    Case number *(If known)* _____
         <span style="font-size:smaller">Name</span>

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**                                                                    | **$13,520.00** |

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| **Yard & Shed** | | **$20,000.00** | | **$0.00** |
| 55.2. **300 Tamiami Trail South, Unit 1, Venice, FL 34285-2422; Lots 1, 2, 3 and the North eighteen feet of Lot 4, all in Block 86, Venezia Park Section of Venice, according to the plat thereof as recorded in Plat Book 2, Plage 168, of the Public Records of Sarasota County, Florida** | **Investment Property** | **$13,944.00** | **Recent cost** | **$0.00** |

56.   **Total of Part 9.**                                                                    | **$0.00** |

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

Debtor    **J. C. Phase Electrical Contractor, Inc.**                     Case number *(If known)* _____
               Name

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |

71.    **Notes receivable**
       Description (include name of obligor)

       **Lennar Homes**    **60,000.00** - **30,000.00** = **$30,000.00**
                            Total face amount   doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**
       Add lines 71 through 77. Copy the total to line 90.    **$30,000.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **J. C. Phase Electrical Contractor, Inc.**                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,082.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $11,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $13,520.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $30,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $65,302.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $65,302.67 |

**Fill in this information to identify the case:**

Debtor name          **J. C. Phase Electrical Contractor, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1  C T Corporation System**

Creditor's Name

**330 N Brand Blvd**
**Suite 700**
**Annt: SPRS**
**Glendale, CA 91203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/27/2021**
**Last 4 digits of account number**
**531X**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | $0.00 | Unknown |

**2.2  Corporation Service Company**

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/18/2018**
**Last 4 digits of account number**
**6532**

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| | $0.00 | Unknown |

Debtor   **J. C. Phase Electrical Contractor, Inc.**
_____          Case number (if known) _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Global Merchant Cash Inc** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**64 Beavers Street**
**Suite 415**
**New York, NY 10004**
Creditor's mailing address

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/22/2022**
**Last 4 digits of account number**
**2583**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **GU Capital** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**136 E. South Temple**
**Suite 2420**
**Salt Lake City, UT 84111**
Creditor's mailing address

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/01/2015**
**Last 4 digits of account number**
**8000**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **GUARDIAN HEALTH LLC** | **Describe debtor's property that is subject to a lien**<br>**300 Tamiami Trl S Unit 1, Venice FL 34285** | **$13,944.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**300 S Tamiami Trl FL 1**
**Venice, FL 34285**
Creditor's mailing address

_____

**Describe the lien**
**Construction**

---

Debtor  **J. C. Phase Electrical Contractor, Inc.**                                    Case number (if known) _____
         Name

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**6//2022**

**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$13,944.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **DR SUN LLC**<br>**217 The Esplanade S**<br>**Venice, FL 34285** | Line  **2.5** | |
| **Jordan Chirchill**<br>**5568 New Covington Dr**<br>**Sarasota, FL 34233** | Line  **2.5** | |
| **SIVCO LLC**<br>**118 pEARL aVE**<br>**Sarasota, FL 34243-1419** | Line  **2.5** | |

**Fill in this information to identify the case:**

Debtor name     **J. C. Phase Electrical Contractor, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **FL Dept. of Business<br>Professional Regulation<br>1940 North Monroe Street<br>Suite 42<br>Tallahassee, FL 32399-2202** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **Florida Dep't of Rev<br>505 W Tenn St<br>Tallahassee, FL 32399** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **J. C. Phase Electrical Contractor, Inc.** _____    Case number (if known) _____
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**2.3**

Priority creditor's name and mailing address

**IRS**
**Centralized Insolvency**
**Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**3.1**

Nonpriority creditor's name and mailing address

**Anderson Law Group**
**1990 Main St**
**Sarasota, FL 34236**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Law Suit Case No 2022 CA 002790 & 2022 CA 002841

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $0.00**

---

**3.2**

Nonpriority creditor's name and mailing address

**Auto-Owners Insurance**
**PO Box 740312**
**Cincinnati, OH 45274**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $1,713.00**

---

**3.3**

Nonpriority creditor's name and mailing address

**Bank of America NA**
**PO Box 15618**
**Dept 940**
**Wilmington, DE 19850-5618**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $16,252.00**

---

**3.4**

Nonpriority creditor's name and mailing address

**Captial One**
**PO Box 60519**
**City of Industry, CA 91716-0519**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4387** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $8,163.76**

---

**3.5**

Nonpriority creditor's name and mailing address

**CED Sarasota**
**PO Box 936240**
**Miami, FL 33193**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9400**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $35,594.97**

---

Debtor    **J. C. Phase Electrical Contractor, Inc.** _____    Case number *(if known)* _____
      Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles D. Waters Esq**
**Nguyen Ballato**
**2201 Libbie Ave**
**Richmond, VA 23230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Law Suit - Kapitus Serivcing Inc vs JC Phase Electrical**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$414.35** |
|---|---|---|---|

**Cintas Corporation**
**P.O. Box 630910**
**Cincinnati, OH 45263-0910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4309**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colonial Life**
**PO Box 1365**
**Columbia, SC 29202-1365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$605.40** |
|---|---|---|---|

**Comcast Business**
**O Box 71211**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0491**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,589.35** |
|---|---|---|---|

**Consolidated Electrical Dist**
**PO Box 280179**
**Tampa, FL 33682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Hillsborough County Court - Case No. 2022 CA 002790 SC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,930.00** |
|---|---|---|---|

**Critical System Solutions**
**2830 Scherer Dr N #300**
**Saint Petersburg, FL 33716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0225**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Frontline Asset Strategies**
**2700 Snelling Ave N**
**Ste 250**
**Saint Paul, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **J. C. Phase Electrical Contractor, Inc.**                        Case number (if known) _____
           Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00** |
|---|---|---|---|

**Globel Merchant**
**121 S Orange Ave**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,000.00** |
|---|---|---|---|

**Graybar Electric Co**
**PO Box 57072**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Law Suit Case No 11-2022-CC-001612-0001-XX Collier County FL

Last 4 digits of account number  5609

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,011.38** |
|---|---|---|---|

**Home Depot**
**PO Box 183175**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  9646

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeffrey R Eisensmith**
**5561 N University Dr Ste 103**
**Pompano Beach, FL 33067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Law Suit 2022 CA 002790 SC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,318.75** |
|---|---|---|---|

**Kapitus**
**120 W 45th St**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Lennar Homes, LLC**
**10481 Six Mile Cypress Pkwy**
**Fort Myers, FL 33966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Mobile Mini**
**PO Box 650882**
**Saint Jo, TX 76265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **J. C. Phase Electrical Contractor, Inc.**                    Case number *(if known)* _____
_____
Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Paychex Inc.**
**30 Knights Bridge Rd.**
**Bld 5**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,240.00 |

**Rams**
**13812 Monroes Business Park**
**Tampa, FL 33635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5190**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113,000.00 |

**Regions Bank**
**PO Box 216**
**Birmingham, AL 35201-0216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4970**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,511,462.00 |

**Regions Bank**
**PO Box 216**
**Birmingham, AL 35201-0216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7235**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113,000.00 |

**Rexel**
**PO Box 742833**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Law Suit 2022-CA-002841**

Last 4 digits of account number  **3280**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ring Central**
**20 Davis Dr.**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,011.38 |

**The Home Depot**
**PO Box 653094**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9646**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J. C. Phase Electrical Contractor, Inc.**                              Case number *(if known)* _____
                  Name

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**The Zenith Ins. Co.**
**4415 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Timothy R Moorhead, Esq**
**505 Maitland Ave Ste 1000**
**Altamonte Springs, FL 32701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Case No. 2022 CA 002841 SC - Rexel USA Inc vs. JC Phase Electrical**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,999.00** |
|---|---|---|---|

**Trimble Inc**
**PO Box 203558**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number  **4334**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,382.04** |
|---|---|---|---|

**United Rentals**
**Po Box 100711**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number  **4252**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,151.94** |
|---|---|---|---|

**Wex Bank**
**111 N Monroe**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number  **9508**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$580.00** |
|---|---|---|---|

**WSNN**
**2040 6th St**
**Sarasota, FL 34237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number  **6962**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor   **J. C. Phase Electrical Contractor, Inc.**
Name                                                           Case number (if known)

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **APELLES**<br>**3700 Corporate Dr Ste 240**<br>**Columbus, OH 43231** | Line __3.23__<br><br>☐ Not listed. Explain ____ | __7509__ |
| 4.2 | **Ben Brown Insurance Agency I**<br>**3731 S Tuttle Ave**<br>**Sarasota, FL 34239-6410** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Charles D. Waters Esq**<br>**Nguyen Ballato**<br>**2201 Libbie Ave**<br>**Richmond, VA 23230** | Line __3.17__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Cintas Corporation**<br>**9300 MCI Dr**<br>**Pinellas Park, FL 33782** | Line __3.7__<br><br>☐ Not listed. Explain ____ | __4309__ |
| 4.5 | **Comcast Business**<br>**141 NW 16th St**<br>**Pompano Beach, FL 33060** | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Greenberg, Grant & Richards**<br>**PO Box 571811**<br>**Houston, TX 77257** | Line __3.31__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Jeffrey R. Eisensmith, PA**<br>**5561 N University Dr**<br>**Ste 103**<br>**Pompano Beach, FL 33067** | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Lennar Homes LLC**<br>**700 NW 107th Ave Ste 400**<br>**Miami, FL 33172** | Line __3.18__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Perry D. Monioudis, PA**<br>**1398 SW 160th Ave**<br>**Ste 102**<br>**Fort Lauderdale, FL 33326** | Line __3.18__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Perry D. Monioudis, PA**<br>**1398 SW 160th Ave**<br>**Ste 102**<br>**Fort Lauderdale, FL 33326** | Line __3.14__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Trimble Inc**<br>**935 Stewart Dr**<br>**Sunnyvale, CA 94085** | Line __3.29__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Wright Fulford et al**<br>**505 Maitland Ave**<br>**Ste 1000**<br>**Altamonte Springs, FL 32701** | Line __3.24__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor    **J. C. Phase Electrical Contractor, Inc.**
_____
Name

Case number (if known) _____

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,075,419.32 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 2,075,419.32 |

**Fill in this information to identify the case:**

Debtor name    **J. C. Phase Electrical Contractor, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **J. C. Phase Electrical Contractor, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City          State     Zip Code | | |
| 2.2 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City          State     Zip Code | | |
| 2.3 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City          State     Zip Code | | |
| 2.4 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City          State     Zip Code | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **J. C. Phase Electrical Contractor, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $944,726.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|

5.  **Repossessions, foreclosures, and returns**

| Debtor | J. C. Phase Electrical Contractor, Inc. | Case number *(if known)* | |
|---|---|---|---|

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Consolidated Electrical Distributors, Inc., Plaintiff; vs. JC Phase Electrical Contractor, Inc.<br>2022 CA 002790 SC | | Twelfth Judicial Circuit<br>2000 Main St.<br>Sarasota, FL 34237 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Rexel USA, Inc. , Plaintiff vs. JC Phase Electrical Contractor Inc., Defendants<br>2022 CA 002841 SC | | Twelfth Judicial Circuit<br>2000 Main St.<br>Sarasota, FL 34237 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Kapitus Servicing, Inc. Plaintiff vs. JC Phase Electrical Contractor, Inc. | | Circuit Court Chesterfield County<br>Richmond, VA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Graybar Electric Company, Inc. Plaintiff, vs. Lennar Homes LLC and J.C. Phase Electrica Contractor,Inc.<br>11-2022-CC-001612-0001-XX | Complaint | Twentieth Judicial Circuit<br>350 E Marion Ave<br>Punta Gorda, FL 33950 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Global Merchant Cash, Inc. vs. JC Phase Electrical Contractor, Inc d/b/a/ PC Phase Electrical Contractor and James Frederick Campbell Jr<br>522663/20-2022 | Complaint | Supreme Court of New York County of Kings | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

Debtor  **J. C. Phase Electrical Contractor, Inc.**_____  Case number *(if known)* _____

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cole & Cole Law, P.A.**<br>**46 N. Washington Blvd., Ste. 24**<br>**Sarasota, FL 34236** | **Attorney Fees: $3,500.00; Filing Fee: $338.00** | **September 9, 2022**<br>**$3,500.00** | **$3,838.00** |
| | **Email or website address**<br>**RJC@COLECOLELAW.COM** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Chapman Law**<br>**Sarasota, FL 34236** | | | **$250.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

Debtor    **J. C. Phase Electrical Contractor, Inc.**    Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **Paychex Retirement Services** | EIN: _____ |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Debtor    **J. C. Phase Electrical Contractor, Inc.**                                  Case number *(if known)*

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Regions Bank**<br>**South Venice Office**<br>**312 E Venice Ave Ste 119**<br>**Venice, FL 34285** | **XXXX-9249** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 2022** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■    No.
☐    Yes. Provide details below.

| Debtor | J. C. Phase Electrical Contractor, Inc. | Case number *(if known)* | |
|---|---|---|---|

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26.** **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Robinson, Gruters, and Roberts** **133 Harbor Dr S** **Venice, FL 34285** | **2021, 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **James Campbell** **2755 Pebble Ave** **North Port, FL 34286** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

Debtor   **J. C. Phase Electrical Contractor, Inc.**                 Case number *(if known)* _____

| Name and address | |
|---|---|
| 26d.1. | **Global Merchant**<br>121 S Orange Ave<br>Orlando, FL 32801 |
| 26d.2. | **Kapitus**<br>120 W 45th St<br>New York, NY 10036 |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☑ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Campbell** | **277 Pebble Ave**<br>**North Port, FL 34286** | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☑ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **James Campbell**<br>**2755 Pebble Ave**<br>**North Port, FL 34286** | **$19,530.00** | **2022** | **W-2** |
| **Relationship to debtor**<br>**Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☑ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **J. C. Phase Electrical Contractor, Inc.**    Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2023**

**/s/ James F. Campbell, Jr.**                    **James F. Campbell, Jr.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
**Middle District of Florida**

In re   __J. C. Phase Electrical Contractor, Inc._____   Case No. _____
                                        Debtor(s)                    Chapter   __7_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __April 11, 2023_____        __/s/ James F. Campbell, Jr._____
                                               __James F. Campbell, Jr./President_____
                                               Signer/Title

J. C. Phase Electrical Contractor, Inc.
2755 Pebble Ave
North Port, FL 34286

CED Sarasota
PO Box 936240
Miami, FL 33193

Critical System Solutions
2830 Scherer Dr N #300
Saint Petersburg, FL 33716

Richard J. Cole, III
Cole & Cole Law, P.A.
46 N. Washington Blvd., Ste. 24
Sarasota, FL 34236

Charles D. Waters Esq
Nguyen Ballato
2201 Libbie Ave
Richmond, VA 23230

DR SUN LLC
217 The Esplanade S
Venice, FL 34285

Anderson Law Group
1990 Main St
Sarasota, FL 34236

Cintas Corporation
P.O. Box 630910
Cincinnati, OH 45263-0910

FL Dept. of Business
Professional Regulation
1940 North Monroe Street
Suite 42
Tallahassee, FL 32399-2202

APELLES
3700 Corporate Dr Ste 240
Columbus, OH 43231

Cintas Corporation
9300 MCI Dr
Pinellas Park, FL 33782

Florida Dep't of Rev
505 W Tenn St
Tallahassee, FL 32399

Auto-Owners Insurance
PO Box 740312
Cincinnati, OH 45274

Colonial Life
PO Box 1365
Columbia, SC 29202-1365

Frontline Asset Strategies
2700 Snelling Ave N
Ste 250
Saint Paul, MN 55113

Bank of America NA
PO Box 15618
Dept 940
Wilmington, DE 19850-5618

Comcast Business
O Box 71211
Charlotte, NC 28272

Global Merchant Cash Inc
64 Beavers Street
Suite 415
New York, NY 10004

Ben Brown Insurance Agency I
3731 S Tuttle Ave
Sarasota, FL 34239-6410

Comcast Business
141 NW 16th St
Pompano Beach, FL 33060

Globel Merchant
121 S Orange Ave
Orlando, FL 32801

C T Corporation System
330 N Brand Blvd
Suite 700
Annt: SPRS
Glendale, CA 91203

Consolidated Electrical Dist
PO Box 280179
Tampa, FL 33682

Graybar Electric Co
PO Box 57072
Los Angeles, CA 90074

Captial One
PO Box 60519
City of Industry, CA 91716-0519

Corporation Service Company
PO Box 2576
Springfield, IL 62708

Greenberg, Grant & Richards
PO Box 571811
Houston, TX 77257

GU Capital
136 E. South Temple
Suite 2420
Salt Lake City, UT 84111

GUARDIAN HEALTH LLC
300 S Tamiami Trl FL 1
Venice, FL 34285

Home Depot
PO Box 183175
Columbus, OH 43218

IRS
Centralized Insolvency
Operation
PO Box 7346
Philadelphia, PA 19101

Jeffrey R Eisensmith
5561 N University Dr Ste 103
Pompano Beach, FL 33067

Jeffrey R. Eisensmith, PA
5561 N University Dr
Ste 103
Pompano Beach, FL 33067

Jordan Chirchill
5568 New Covington Dr
Sarasota, FL 34233

Kapitus
120 W 45th St
New York, NY 10036

Lennar Homes LLC
700 NW 107th Ave Ste 400
Miami, FL 33172

Lennar Homes, LLC
10481 Six Mile Cypress Pkwy
Fort Myers, FL 33966

Mobile Mini
PO Box 650882
Saint Jo, TX 76265

Paychex Inc.
30 Knights Bridge Rd.
Bld 5
Piscataway, NJ 08854

Perry D. Monioudis, PA
1398 SW 160th Ave
Ste 102
Fort Lauderdale, FL 33326

Rams
13812 Monroes Business Park
Tampa, FL 33635

Regions Bank
PO Box 216
Birmingham, AL 35201-0216

Rexel
PO Box 742833
Atlanta, GA 30374

Ring Central
20 Davis Dr.
Belmont, CA 94002

SIVCO LLC
118 pEARL aVE
Sarasota, FL 34243-1419

The Home Depot
PO Box 653094
Dallas, TX 75265

The Zenith Ins. Co.
4415 Collections Center Dr.
Chicago, IL 60693

Timothy R Moorhead, Esq
505 Maitland Ave Ste 1000
Altamonte Springs, FL 32701

Trimble Inc
PO Box 203558
Dallas, TX 75320

Trimble Inc
935 Stewart Dr
Sunnyvale, CA 94085

United Rentals
Po Box 100711
Atlanta, GA 30384

Wex Bank
111 N Monroe
Chicago, IL 60603

Wright Fulford et al
505 Maitland Ave
Ste 1000
Altamonte Springs, FL 32701

WSNN
2040 6th St
Sarasota, FL 34237

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Middle District of Florida

In re __J. C. Phase Electrical Contractor, Inc.__ 

Debtor(s)

Case No. _____

Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Representation of the debtors in any discharge or dischargeability actions, judicial lien avoidance, relief from stay actions or any other adversary proceeding. Representation of the debtors in Fed. R. Bankr. P. 2004 examinations or depositions, or in preparing documents to utilize in such examinations. Amendments to schedules, statement of affairs and petition. All future fees will be at the undersigned's normal hourly rate prevailing at the time future services are rendered. A financial report fee of $45.00 for individual and $90.00 for joint filers is paid through Cole & Cole Law, P.A. to CIN Systems but is not retained by the law firm as a fee. Filing fee in the amount of $338.00 is also paid through Cole & Cole Law, P.A., but not retained by the law firm as a fee.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__April 11, 2023__

*Date*

/s/ Richard J. Cole, III

**Richard J. Cole, III 0059708**

*Signature of Attorney*

**Cole & Cole Law, P.A.**
**46 N. Washington Blvd., Ste. 24**
**Sarasota, FL 34236**
**(941) 365-4055   Fax: (941) 365-4219**
**RJC@COLECOLELAW.COM**

*Name of law firm*

# United States Bankruptcy Court
## Middle District of Florida

In re __J. C. Phase Electrical Contractor, Inc.__      Case No. _____

                         Debtor(s)      Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __J. C. Phase Electrical Contractor, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April 11, 2023__                      **/s/ Richard J. Cole, III**

Date                                  **Richard J. Cole, III 0059708**

                                       Signature of Attorney or Litigant

                                       Counsel for __J. C. Phase Electrical Contractor, Inc.__

                                       **Cole & Cole Law, P.A.**

                                       **46 N. Washington Blvd., Ste. 24**
                                       **Sarasota, FL 34236**
                                       **(941) 365-4055 Fax:(941) 365-4219**
                                       **RJC@COLECOLELAW.COM**